**FILED**

JUN 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DARREN LAMONT KEYS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 1145 |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is further

ORDERED that this case is DISMISSED without prejudice for lack of jurisdiction. This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: 6/23/08

United States District Judge