FILED
AUG 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Darren Lamont Keys,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-1145 (UNA) |
| **United States of America,** | ) |
| Defendant. | ) |

## ORDER

Plaintiff has filed a "Motion to Reinstate" the action, which will be denied.

Plaintiff previously filed an application to proceed *in forma pauperis* and a *pro se* complaint. The application was granted, but because the complaint was dismissed, plaintiff was not assessed a filing fee. The complaint was dismissed without prejudice, meaning that plaintiff is not barred from filing a new complaint that may be based in whole or in part on the same underlying facts. Here, plaintiff seeks to reinstate the complaint by re-characterizing it, but he has not filed an amended complaint. Because there was no prejudice to plaintiff in the prior dismissal and plaintiff remains free to file a new complaint as he sees fit, it is hereby

ORDERED that the plaintiff's motion to reinstate the dismissed complaint be, and hereby is, DENIED.

Date: 8/13/08

United States District Judge